UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

05-10233 MEL

FILED
IN CLERKS OFFICE
2005 FEB -4 P 3: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED, a Delaware Corporation, THIRD DUNKIN' DONUTS REALTY, INC., a Massachusetts Corporation, Plaintiffs, v. LEEMOND, INC., a Massachusetts Corporation, MICHAEL E. DILLON, a Citizen and Resident of Massachusetts, SUSAN L. KOSS, a Citizen and Resident of Massachusetts, Defendants. | C.A. No. |

### CORPORATE DISCLOSURE STATEMENT
### PURSUANT TO LOCAL RULE 7.3 AND FEDERAL RULE 7.1

Pursuant to Local Rule 7.3(A) and Federal Rule 7.1, Plaintiff Dunkin' Donuts Incorporated makes the following statement identifying all their parent corporations, and listing any publicly held company that owns 10% or more of the parties' stock:

    a.    <u>Corporate affiliations</u>.

Plaintiff Dunkin' Donuts Incorporated is an indirect, wholly-owned subsidiary of Allied Domecq PLC, a publicly-traded United Kingdom company primarily engaged in the drinks and food business. Dunkin' Brands, Inc., a wholly-owned subsidiary of Allied Domecq PLC, is the one hundred percent owner of Dunkin' Donuts Incorporated, Baskin-Robbins USA Co., and Togo's Eateries, Inc. Dunkin' Donuts Incorporated established a wholly-owned subsidiary corporation named Dunkin' Donuts USA, Inc., to own all of the company's U.S. trademarks.

Dunkin' Donuts does not do business under any other name, however, its subsidiary, Mister Donuts of America, Inc., formerly franchised coffee and doughnut shops under the name "Mister Donut."

Plaintiffs are unaware of any publicly held company that owns 10% or more of Plaintiffs' stock. Plaintiffs are also unaware of the identity of any other corporation, unincorporated association, partnership or other business entity, not a party to the case, which may have a financial interest in the outcome of this litigation.

Respectfully submitted,

*[signature]*

Robert A. Murphy (Bar No. 363700)
Donna Brewer Mackenna (Bar No. 545254)
Casner & Edwards, LLP
303 Congress Street, 2nd Floor
Boston, Massachusetts 02110
(617) 426-5900

Robert L. Zisk
David E. Worthen
Amanda K. Grace
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, N.W.
Suite 1000
Washington, D.C. 20037
(202) 333-8800

Attorneys for Plaintiffs
Dunkin' Donuts Incorporated
and Third Dunkin' Donuts Realty, Inc.

Dated: February 4, 2005