UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DUNKIN' DONUTS INCORPORATED,<br>    a Delaware Corporation,<br>THIRD DUNKIN' DONUTS REALTY, INC.,<br>    a Massachusetts Corporation,<br><br>                Plaintiffs,<br><br>v.<br><br>LEEMOND, INC.,<br>    a Massachusetts Corporation,<br>MICHAEL E. DILLON,<br>    A Citizen and Resident of Massachusetts,<br>SUSAN L. KOSS,<br>    A Citizen and Resident of Massachusetts,<br><br>                Defendants, | C.A. No 05 CV 10233 MEL<br><br><br><br>March 1, 2005 |

## APPEARANCE

Please enter my appearance as attorney for the Defendants, LEEMOND, INC., MICHAEL E. DILLON, and SUSAN L. KOSS, in the above-captioned matter.
Dated at Boston, Massachusetts, this 1st day of March, 2005.

                                        DEFENDANTS,
                                      LEEMOND, INC.,
                                      MICHAEL E. DILLON,
                                      SUSAN L. KOSS

                              BY _____
                                      Carl B. Lisa, Jr., Esq.
                                      Bar No. 631768
                                      LISA & SOUSA, LTD.
                                      5 Benefit Street
                                      Providence, Rhode Island  02904
                                      (401) 274-0600 – tel.
                                      (401) 421-6117 – fax.
                                      carlblisajr@lisasousa.com