◈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE      District of    MASSACHUSETTS (EASTERN DIVISION)

DUNKIN' DONUTS INCORPORATED, ET AL.

**SUMMONS IN A CIVIL ACTION**

V.

LEEMOND, INC., ET AL.

CASE NUMBER: 0233

TO: (Name and address of Defendant)

LEEMOND, INC.
645 BRIDGE STEET
WEYMOUTH, MA 02191

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert A. Murphy
Bar No. 363700
Casner & Edwards, LLP
303 Congress Street, 2nd Floor
Boston, Massachusetts 02110
(617) 426-5900

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE FEB - 4 2005

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

**Norfolk County Sheriff's Department**   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

February 10, 2005

I hereby certify and return that on 2/9/2005 at 2:33PM I served a true and attested copy of the summons, complaint and civil action cover sheet, corporate disclosure statement in this action in the following manner: To wit, by delivering in hand to Michael Dillon, President, , person in charge at the time of service for Leemond, Inc., at 645 Bridge Street, North Weymouth, MA 02191. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($8.96) Total Charges $46.46

Deputy Sheriff Ronald Goguen                                                    Deputy Sheriff

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.