UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR 21  P 2: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED,<br>    a Delaware Corporation,<br>THIRD DUNKIN' DONUTS REALTY, INC.,<br>    a Massachusetts Corporation,<br><br>           Plaintiffs,<br><br>v.<br><br>LEEMOND, INC.,<br>    a Massachusetts Corporation,<br>MICHAEL E. DILLON,<br>    A Citizen and Resident of Massachusetts,<br>SUSAN L. KOSS,<br>    A Citizen and Resident of Massachusetts,<br><br>           Defendants, | C.A. No 05 CV 10233 MEL<br><br><br><br><br><br><br><br><br><br><br><br><br>March 21, 2005 |

## STIPULATION

The Plaintiffs and the Defendants hereby Stipulate and agree that the Defendants time for filing an Answer in the above-captioned matter shall be extended to April 11, 2005 without default, as the parties are in the process of finalizing a settlement.

           PLAINTIFFS,
           DUNKIN' DONUTS INCORPORATED,
           and
           THIRD DUNKIN' DONUTS REALTY, INC.,

BY _/s/ Donna Brewer Mackenna_
      Robert A. Murphy (Bar No. 363700)
      Donna Brewer Mackenna (Bar No. 545254)
      Casner & Edwards, LLP
      303 Congress Street, 2nd Floor
      Boston, Massachusetts 02210
      (617) 426-5900

Robert L. Zisk
David E. Worthen
Amanda K Grace
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, N.W.
Suite 1000
Washington, D.C. 20037
(202) 333-8800

Attorneys for Plaintiffs
Dunkin' Donuts Incorporated
and Third Dunkin' Donuts Realty, Inc.

DEFENDANTS,
LEEMOND, INC.,
MICHAEL E. DILLON,
SUSAN L. KOSS

BY _____
Carl B. Lisa, Jr., Esq.
Bar No. 631768
LISA & SOUSA, LTD.
5 Benefit Street
Providence, Rhode Island 02904
(401) 274-0600 – tel.
(401) 421-6117 – fax.
carlblisajr@lisasousa.com