UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED,<br>  a Delaware Corporation,<br>THIRD DUNKIN' DONUTS REALTY, INC.,<br>  a Massachusetts Corporation,<br><br>       Plaintiffs,<br><br>  v.<br><br>LEEMOND, INC.,<br>  a Massachusetts Corporation,<br>MICHAEL E. DILLON,<br>  a Citizen and Resident of Massachusetts,<br>SUSAN L. KOSS,<br>  a Citizen and Resident of Massachusetts,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 10233 (MEL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Dunkin' Donuts Incorporated and Third Dunkin' Donuts Realty, Inc. hereby dismiss all claims against Defendants in this action with prejudice, each party to bear its own costs and fees.

Respectfully submitted,

*/s/ Donna Brewer MacKenna*

Robert A. Murphy (Bar No. 363700)
Donna Brewer MacKenna (Bar No. 545254)
Casner & Edwards, LLP
303 Congress Street, 2nd Floor
Boston, Massachusetts 02210
(617) 426-5900

2

Robert L. Zisk
David E. Worthen
Amanda K. Grace
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, N.W.
Suite 1000
Washington, D.C. 20037
(202) 333-8800

Attorneys for Plaintiffs
Dunkin' Donuts Incorporated
and Third Dunkin' Donuts Realty, Inc.

Dated: April 5, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for defendants, Carl B. Lisa, Jr., Lisa & Sousa, Ltd., 5 Benefit Street, Providence, RI 02904, by first class mail, postage pre-paid, on April 5, 2005.

_____
Donna Brewer MacKenna

3648.89/349353.1